**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alvin Lee McCARY, Defendant–Appellant.**

**No. 04–12815**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 11, 2005.

Maryanne M. Prince, Montgomery, AL, for Defendant–Appellant.

Before DUBINA, HULL and WILSON, Circuit Judges.

PER CURIAM.

Maryanne M. Prince, appointed appellate counsel for Alvin Lee McCary, has filed a motion to withdraw on appeal because, in her opinion, there are no issues of

arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCary's conviction and sentence are **AFFIRMED**.